# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)



| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rau, Steven E. | US District Court - District Court of Minnesota | 10/01/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - full-time | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

316 North Robert Street
Suite 348
St. Paul, MN 55101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 10/01/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 10/01/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 10/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. UGMA (H) | | | | | | | | | |
| 2. Berkshire Hathaway Inc. (Y) | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. UGMA (H) | | | | | | | | | |
| 5. Alliance Bernstein Core Opportunities Fund Class C ADGCX (Y) | | | | | | | | | |
| 6. Berkshire Hathaway Inc. (Y) | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. IRA (H) | | | | | | | | | |
| 9. Berkshire Hathaway | | None | K | T | | | | | |
| 10. Columbia Select Large - UMLGX | | None | | | Sold | 01/31/17 | K | A | |
| 11. Columbia Fund Ser Tr-CEEZX | A | Int./Div. | K | T | | | | | |
| 12. Spider S&P Biotech EFT-XBI | A | Dividend | K | T | | | | | |
| 13. Thornburg Inv Tr-THDIX | | None | | | Sold | 01/31/17 | K | A | |
| 14. Wells Fargo Fund Tr-WFMIX | A | Int./Div. | K | T | Sold (part) | 01/31/17 | J | B | |
| 15. Abbvie, Inc. - ABBV | B | Dividend | K | T | | | | | |
| 16. Intel Corp - INTC | A | Dividend | K | T | | | | | |
| 17. Merck & Co., Inc. - MRK | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 10/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Microsoft Corp - MSFT | A | Dividend | K | T | | | | | |
| 19. Apple, Inc., - AAPL | A | Dividend | K | T | | | | | |
| 20. Procter & Gamble Co - PG | A | Dividend | K | T | | | | | |
| 21. Goldmand Sachs Bank CD | A | Interest | K | T | | | | | |
| 22. Synchrony Bank CD | A | Interest | K | T | | | | | |
| 23. Pfizer Incorporated - PFE | A | Dividend | K | T | | | | | |
| 24. Cisco Systems Inc. - CSCO | A | Dividend | K | T | | | | | |
| 25. Goldman Sachs Bank CD ▮▮▮▮ | B | Interest | K | T | | | | | |
| 26. Dell Technologies in CLV - DVMT | | None | | | Sold | 01/31/17 | J | A | |
| 27. Dodge & Cox FDS - DODFX | A | Int./Div. | J | T | Buy | 09/19/17 | J | | |
| 28. American Funds - NFFFX | A | Int./Div. | J | T | Buy | 09/19/17 | J | | |
| 29. Oppenheimer Intl Small - OSMYX | A | Int./Div. | J | T | Buy | 09/19/17 | J | | |
| 30. T Rowe Price Intl Fds - PRMSX | A | Int./Div. | J | T | Buy | 09/19/17 | J | | |
| 31. Tweedy Browne FD INC - TBGVX | A | Int./Div. | J | T | Buy | 09/19/17 | J | | |
| 32. Vanguard World FD - VWILX | A | Int./Div. | J | T | Buy | 09/19/17 | J | | |
| 33. Amer Express Bk FSB CD | A | Interest | K | T | Buy | 09/19/17 | K | | |
| 34. Capital One Bk USA NA CD | A | Interest | K | T | Buy | 09/19/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 10/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JP Morgan Chase Bk NA CD | A | Interest | K | T | Buy | 09/19/17 | K | | |
| 36. Synchrony Bank CD - HM9 | A | Interest | J | T | Buy | 09/19/17 | J | | |
| 37. Ally Bank CD | A | Interest | K | T | Buy | 09/19/17 | K | | |
| 38. Cash and Sweep Balances | A | Interest | K | T | Buy | 12/31/17 | K | | |
| 39. | | | | | | | | | |
| 40. IRA (H) | | | | | | | | | |
| 41. Abbvie - ABBV | A | Dividend | K | T | | | | | |
| 42. Apple, Inc. - AAPL | A | Dividend | K | T | Sold (part) | 05/08/17 | J | D | |
| 43. AT&T Inc. - T | B | Dividend | K | T | | | | | |
| 44. Berkshire Hathaway - BRKB | | None | K | T | | | | | |
| 45. Bristol Meyers Squibb | A | Dividend | K | T | Buy (add'l) | 05/08/17 | K | | |
| 46. Celgene Corp | | None | K | T | | | | | |
| 47. Cisco Systems | B | Dividend | K | T | | | | | |
| 48. Coca-cola | A | Dividend | K | T | | | | | |
| 49. Exxon Mobile Corp | A | Dividend | J | T | | | | | |
| 50. General Electric Company | A | Dividend | J | T | | | | | |
| 51. Intel Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 10/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ishares Global Tech - IXN | A | Dividend | K | T | | | | | |
| 53. Merck & Co Inc. | B | Dividend | K | T | | | | | |
| 54. Microsoft Corp | A | Dividend | K | T | | | | | |
| 55. Novartis AG | A | Dividend | K | T | | | | | |
| 56. Oppenheimer Dev Markets - ODVYX | A | Int./Div. | K | T | Buy (add'l) | 05/08/17 | J | | |
| 57. Proctor and Gamble Co | A | Dividend | K | T | | | | | |
| 58. Qualcomm, Inc. | | None | | | Sold | 05/08/17 | K | A | |
| 59. Spdr S&P Biotech | A | Dividend | K | T | | | | | |
| 60. Pfizer | B | Dividend | K | T | | | | | |
| 61. Thornburg Inv Tr Developin World Fd - THDIZ | A | Int./Div. | K | T | Buy (add'l) | 05/08/17 | J | | |
| 62. United Technologies Corp | A | Dividend | J | T | | | | | |
| 63. Wells Fargo Advantage - SCVNX | A | Int./Div. | J | T | | | | | |
| 64. Lehman Brothers Holdings ESC | | None | J | T | Sold (part) | 04/06/17 | J | A | |
| 65. | | | | | Sold (part) | 10/05/17 | J | A | |
| 66. | | | | | Sold (part) | 12/07/17 | J | A | |
| 67. GE Capital Retail Bank CD | A | Interest | K | T | | | | | |
| 68. Goldman Sachs Bank USA CD | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 10/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Dell Technologies - DVMT | | None | | | Sold | 05/08/17 | J | B | |
| 70. JPMorgan Mid Cap Value Fund CL L - FLMVX (X) | A | Int./Div. | K | T | | | | | |
| 71. Wells Fargo Absolute Return Fund Class Inst - WABIX (X) | A | Int./Div. | J | T | | | | | |
| 72. | | | | | | | | | |
| 73. Joint Account (H) | | | | | | | | | |
| 74. Abbvie (spinoff of Abbott) | A | Dividend | J | T | Donated (part) | | | | |
| 75. | | | | | Donated (part) | | | | |
| 76. | | | | | Donated (part) | | | | |
| 77. | | | | | Donated (part) | | | | |
| 78. | | | | | Donated (part) | | | | |
| 79. AT&T, Inc. - T | B | Dividend | K | T | Buy (add'l) | 10/09/17 | J | | |
| 80. Welltower, Inc. - HCN | A | Dividend | J | T | | | | | |
| 81. Intel Corp - INTC | A | Dividend | K | T | Donated (part) | | | | |
| 82. Merck & Co Inc. - MRK | A | Dividend | K | T | | | | | |
| 83. Novartis AG Spon ADR-NVS | A | Dividend | J | T | | | | | |
| 84. Pepsico Inc. - PEP | A | Dividend | K | T | Donated (part) | | | | |
| 85. PG&E Corporation - PCG | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 10/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. United Technologies Corp - UTX | A | Dividend | K | T | Buy (add'l) | 10/09/17 | K | | |
| 87. Wells Fargo Company Funds- WHYIX | A | Int./Div. | K | T | Spinoff (from line 107) | 01/09/17 | K | | |
| 88. Wells Fargo Company - WFC | D | Dividend | M | T | Sold (part) | 01/17/17 | L | A | |
| 89. | | | | | Sold (part) | 02/08/17 | L | A | |
| 90. | | | | | Sold (part) | 03/02/17 | L | D | |
| 91. | | | | | Sold (part) | 06/28/17 | N | A | |
| 92. | | | | | Sold (part) | 07/06/17 | L | D | |
| 93. | | | | | Sold (part) | 10/03/17 | L | D | |
| 94. | | | | | Sold (part) | 10/25/17 | M | D | |
| 95. | | | | | Donated (part) | | | | |
| 96. | | | | | Donated (part) | | | | |
| 97. CVS Health - CVS | A | Dividend | J | T | Buy | 10/09/17 | J | | |
| 98. Ishares ETF - IDV | B | Dividend | K | T | Buy | 10/09/17 | K | | |
| 99. Medtronic PLC | A | Dividend | K | T | Buy | 10/09/17 | K | | |
| 100. Microsoft Corp - MSFT | A | Dividend | K | T | Buy | 10/09/17 | K | | |
| 101. San OFI ADR - SNY | A | Dividend | K | T | Buy | 10/09/17 | K | | |
| 102. Wells Fargo - STRIX | A | Int./Div. | K | T | Buy | 09/22/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 10/01/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. General Electric Company | | None | | | Buy | 10/09/17 | K | | |
| 104. | | | | | Sold | 10/24/17 | K | A | |
| 105. WGL Holdings Inc. - WGL (Y) | | | | | | | | | |
| 106. Wells Fargo Money Market Fund | A | Int./Div. | M | T | | | | | |
| 107. Wells Fargo Fund Tr-WHYDX Funds | | None | | | Sold | 01/09/17 | J | A | |
| 108. Wells Fargo Fund - WHYIX | A | Int./Div. | J | T | Spinoff (from line 107) | 01/09/17 | J | | |
| 109. | | | | | | | | | |
| 110. Individual Account (H) | | | | | | | | | |
| 111. Wells Fargo Fund - WHYMX | A | Int./Div. | J | T | Spinoff (from line 107) | 01/09/17 | J | | |
| 112. | | | | | | | | | |
| 113. Alliance Bernstein 529 Growth C | | None | K | T | | | | | |
| 114. | | | | | | | | | |
| 115. Wells Fargo Stable Value Fund - Wells Fargo 401(k) Plan | | None | J | T | Sold (part) | 06/16/17 | M | A | |
| 116. Wells Fargo Large Cap Value Fund - Wells Fargo 401(k) Plan | | None | J | T | Sold (part) | 06/16/17 | J | A | |
| 117. State Street S&P 500 Index Fund - in Wells Fargo 401(k) Plan | | None | J | T | Sold (part) | 06/16/17 | J | A | |
| 118. Wells Fargo Large Cap Growth Fund - Wells Fargo 401(k) Plan | | None | J | T | Sold (part) | 06/16/17 | J | A | |
| 119. State Street S&P Mid Cap Index Fund - in Wells Fargo 401(k) Plan | | None | J | T | Sold (part) | 06/16/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 10/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Wells Fargo Small Cap Value Fund - Wells Fargo 401(k) Plan | | None | J | T | Sold (part) | 06/16/17 | J | A | |
| 121. Wells Fargo International Equity Fund - in Wells Fargo 401(k) Plan | | None | J | T | Sold (part) | 06/16/17 | J | A | |
| 122. Wells Fargo Emerging Markets Equity Fund - in Wells Fargo 401(k) Plan | | None | J | T | Sold (part) | 06/16/17 | J | A | |
| 123. Wells Fargo ESOP Fund - in Wells Fargo 401(k) Plan | D | Int./Div. | J | T | Sold (part) | 06/16/17 | O | A | |
| 124. | | | | | | | | | |
| 125. CD-12 Month Equivalent - in Wells Fargo Deferred Compensation Plan | | None | P1 | T | | | | | |
| 126. Wells Fargo International Equity Fund - in WF Deferred Comp Plan | | None | M | T | | | | | |
| 127. Russell Small Cap Index Fund - in WF Deferred Comp Plan | | None | K | T | | | | | |
| 128. State Street S&P 500 Index Fund - in WF Deferred Comp Plan | | None | N | T | | | | | |
| 129. State Street S&P Mid Cap Index Fund - in WF Deferred Comp Plan | | None | L | T | | | | | |
| 130. State Street US Bond Index Fund-K - in WF Deferred Comp Plan | | None | M | T | | | | | |
| 131. | | | | | | | | | |
| 132. Wells Fargo Cash Balance (Pension) Plan - no control | | None | M | T | | | | | |
| 133. | | | | | | | | | |
| 134. Wells Fargo - Mgd IRA Main (H) | | | | | | | | | |
| 135. Blackrock GL - BDMKX | A | Dividend | K | T | Buy | 07/20/17 | K | | |
| 136. | | | | | | Buy (add'l) | 09/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 10/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Boston P LNG/SHRT - BPIRX | | None | K | T | Buy | 07/20/17 | K | | |
| 138. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 139. Eaton Vance Global Macro - EIGMX | A | Int./Div. | K | T | Buy | 09/22/17 | K | | |
| 140. Neuberger Berman Long - NLSIX | | None | K | T | Buy | 07/20/17 | K | | |
| 141. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 142. MOXYCASH - Cash | A | Interest | J | T | Open | 06/16/17 | O | | |
| 143. Vanguard FTSE Dev ETF - VEA | B | Int./Div. | L | T | Buy | 06/20/17 | K | | |
| 144. | | | | | Buy (add'l) | 07/20/17 | K | | |
| 145. | | | | | Buy (add'l) | 08/18/17 | K | | |
| 146. | | | | | Buy (add'l) | 09/22/17 | K | | |
| 147. Vanguard FTSE Emerging Mkts - VWO | A | Int./Div. | K | T | Buy | 06/20/17 | K | | |
| 148. | | | | | Buy (add'l) | 07/20/17 | K | | |
| 149. Aberbeen Emerg Mkts - ABEMX | A | Int./Div. | K | T | Buy | 08/21/17 | K | | |
| 150. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 151. FID ADV Emer Mkts - FMKIX | A | Int./Div. | K | T | Buy | 06/20/17 | J | | |
| 152. | | | | | Buy (add'l) | 07/20/17 | J | | |
| 153. | | | | | Buy (add'l) | 08/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 155. IShares Core S&P Mid Cap ETF - IJH | A | Int./Div. | L | T | Buy | 07/20/17 | K | | |
| 156. | | | | | Buy (add'l) | 09/22/17 | K | | |
| 157. Ishares Core S&P Small Cap - IJR | A | Int./Div. | K | T | Buy | 07/20/17 | K | | |
| 158. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 159. SPDR DJ Wilshire Internatl REAL - RWX | A | Int./Div. | K | T | Buy | 06/20/17 | J | | |
| 160. | | | | | Buy (add'l) | 07/20/17 | J | | |
| 161. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 162. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 163. Vanguard REIT Viper - VNQ | B | Int./Div. | L | T | Buy | 06/20/17 | J | | |
| 164. | | | | | Buy (add'l) | 07/20/17 | J | | |
| 165. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 166. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 167. TIAA-CREF Soc Choice - TSBIX | B | Int./Div. | M | T | Buy | 06/20/17 | K | | |
| 168. | | | | | Buy (add'l) | 07/20/17 | K | | |
| 169. | | | | | Buy (add'l) | 08/18/17 | K | | |
| 170. | | | | | Buy (add'l) | 09/22/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 10/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Vanguard Short Term Invest Grd - VFSUX | B | Int./Div. | M | T | Buy | 06/20/17 | K | | |
| 172. | | | | | Buy (add'l) | 07/20/17 | K | | |
| 173. | | | | | Buy (add'l) | 08/18/17 | K | | |
| 174. | | | | | Buy (add'l) | 09/25/17 | K | | |
| 175. Vanguard High Yield Corp Adm - VWEAX | A | Int./Div. | K | T | Buy | 06/20/17 | J | | |
| 176. | | | | | Buy (add'l) | 07/20/17 | J | | |
| 177. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 178. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 179. | | | | | | | | | |
| 180. Wells Fargo Mgd IRA - SII (H) | | | | | | | | | |
| 181. Accenture PLC - AEN | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 182. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 183. Eaton Corp PLC - ETN | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 184. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 185. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 186. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 187. Techni PFMC Ltd - FTI | A | Dividend | J | T | Buy | 06/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 10/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 189. Medtronic PLC - MDT | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 190. | | | | | Buy (add'l) | 08/08/17 | J | | |
| 191. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 192. Novartis AG - ADR | | None | J | T | Buy | 12/14/17 | J | | |
| 193. Roche Holdings Ltd - RHHBY | | None | J | T | Buy | 06/27/17 | J | | |
| 194. | | | | | Buy (add'l) | 08/08/17 | J | | |
| 195. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 196. Schlumberger Ltd - SLB | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 197. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 198. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 199. Taiwan Semiconductor Man - TSM | | None | J | T | Buy | 08/29/17 | J | | |
| 200. Moxycash - Cash | A | Interest | J | T | Open | 06/27/17 | M | | |
| 201. Apple Inc - AAPL | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 202. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 203. | | | | | Sold (part) | 11/17/17 | J | A | |
| 204. Air Prods & Chems Inc - APD | A | Dividend | J | T | Buy | 06/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 10/01/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 206. Biogen Inc - BIIB | | None | J | T | Buy | 06/27/17 | J | | |
| 207. | | | | | Buy (add'l) | 08/08/17 | J | | |
| 208. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 209. Blackrock Inc - BLK | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 210. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 211. Colgate Palmolive Co - CL | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 212. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 213. Clorox Co - CLX | | None | J | T | Buy | 11/17/17 | J | | |
| 214. Cummins Inc. - CMI | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 215. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 216. Costco Wholesale Group - COST | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 217. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 218. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 219. Cisco Systems Inc - CSCO | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 220. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 221. Discover Financial Serv - DFS | A | Dividend | J | T | Buy | 06/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rau, Steven E. | 10/01/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 223. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 224. Danaher Corp - DHR | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 225. | | | | | Buy (add'l) | 08/08/17 | J | | |
| 226. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 227. Walt Disney Co - DIS | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 228. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 229. EOG Resources Inc - EOG | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 230. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 231. Fortive Corp - FTV | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 232. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 233. Gilead Sciences Inc - GILD | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 234. | | | | | Buy (add'l) | 08/08/17 | J | | |
| 235. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 236. Alphabet Inc Cl A - GOOGL | | None | J | T | Buy | 06/27/17 | J | | |
| 237. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 238. Home Depot Inc - HD | A | Dividend | J | T | Buy | 06/27/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 240. Intel Corp - INTC | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 241. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 242. | | | | | Sold (part) | 09/01/17 | J | | |
| 243. Illinois Tools Works Inc - ITW | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 244. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 245. JPMorgan Chase & Co - JPM | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 246. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 247. Kimberly Clark Corp - KMB | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 248. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 249. Laboratory CRP of Amer Hldgs - LH | | None | J | T | Buy | 11/17/17 | J | | |
| 250. 3M Co - MMM | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 251. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 252. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 253. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 254. Microsoft Corp - MSFT | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 255. | | | | | Buy (add'l) | 08/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Newell Brands Inc. - NWL | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 257. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 258. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 259. O'Reilly Automotive Inc - ORLY | | None | J | T | Buy | 06/27/17 | J | | |
| 260. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 261. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 262. Occidental Pete Corp - OXY | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 263. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 264. | | | | | Sold (part) | 11/21/17 | J | | |
| 265. PNC Financial Services Group - PNC | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 266. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 267. Stryker Corp - SYK | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 268. | | | | | Buy (add'l) | 08/08/17 | J | | |
| 269. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 270. TJX Companies Inc. - TJX | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 271. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 272. | | | | | Buy (add'l) | 08/29/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 10/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Thermo Fisher Scientific Inc - TMO | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 274. | | | | | Buy (add'l) | 08/08/17 | J | | |
| 275. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 276. Travelers Companies Inc - TRV | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 277. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 278. Time Warner Inc - TWX | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 279. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 280. | | | | | Sold (part) | 09/01/17 | J | | |
| 281. UnitedHealth Group Inc - UNH | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 282. | | | | | Buy (add'l) | 08/08/17 | J | | |
| 283. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 284. US Bancorp - USB | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 285. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 286. VISA Inc - Class A Shrs - V | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 287. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 288. Verizon Communications - VZ | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 289. | | | | | Buy (add'l) | 08/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 10/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. CVS Health Corporation - CVS | A | Dividend | | | Buy | 06/30/17 | J | | |
| 291. | | | | | Buy (add'l) | 08/23/17 | J | | |
| 292. | | | | | Sold | 12/18/17 | J | A | |
| 293. General Mills Inc - GIS | A | Dividend | | | Buy | 06/30/17 | J | | |
| 294. | | | | | Buy (add'l) | 08/23/17 | J | | |
| 295. | | | | | Sold | 11/21/17 | J | A | |
| 296. Johnson & Johnson - JNJ | | None | | | Buy | 06/30/17 | J | | |
| 297. | | | | | Sold | 08/11/17 | J | A | |
| 298. Merck & Co Inc - MRK | A | Dividend | | | Buy | 06/30/17 | J | | |
| 299. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 300. | | | | | Buy (add'l) | 08/23/17 | J | | |
| 301. | | | | | Sold | 12/18/17 | J | A | |
| 302. NXP Semiconductors - NXPI | | None | | | Buy | 06/30/17 | J | | |
| 303. | | | | | Buy (add'l) | 08/23/17 | J | | |
| 304. | | | | | Sold | 09/01/17 | J | A | |
| 305. Snap On Inc - SNA | A | Dividend | | | Buy | 06/30/17 | J | | |
| 306. | | | | | Buy (add'l) | 08/23/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 10/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold | 11/21/17 | J | A | |
| 308. | | | | | | | | | |
| 309. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 10/01/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Line 2 - Asset is held by child that is no longer a dependent

Part VII Lines 5 & 6 - Assets are held by child that is no longer a dependent

Part VII Lines 69 & 70 - Assets increased in value over reportable threshhold

Part VII Line 104 - Asset disposed of in 2016

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steven E. Rau**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544